# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN BROCK,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN KAUFFMAN, et al.,<br><br>    Defendants. | No. 3:17-CV-02070<br><br>(Judge Jones) |

## ORDER

### August 5, 2019

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motions for summary judgment (Docs. 25, 34) are **GRANTED**;

2. Judgment is entered in favor of Defendants; and

3. The Clerk of Court is directed to **CLOSE** this case.

 

s/ John E. Jones III
John E. Jones, III
United States District Judge